UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES – ARRAIGNMENT

| | | |
|---|---|---|
| Case No. | 2:24-CR-00461-FMO-002 | Date: 08/08/2024 |
| Present: The Honorable: | Jacqueline Chooljian, U.S. Magistrate Judge | |
| Interpreter | F. Javier Villalobos | Language: Spanish |

| Kerri Hays | 08/08/2024 | Jenna MacCabe |
|---|---|---|
| *Deputy Clerk* | *Court Reporter / Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s) ✔ Present In Custody | Attorneys for Defendants: ✔ Present DFPD |
|---|---|
| Omar Avila Salmeron | Kyra Kristine Nickell |

Proceedings: Arraignment of Defendant and/or    ✔ Assignment of Case    Appointment of Counsel
Initial Appearance

* Interpreter confirmed to be present in the courtroom assisting with interpretation. Name of interpreter: F. Javier Villalobos; Language: Spanish
* Defendant states true name is the name on the charging document.
* Defendant is arraigned under name on charging document.
* Defendant acknowledges having read the charging document and discussed it with counsel.
* Defendant pleads "not guilty" to all counts of the charging document.
* This case is assigned to Judge Fernando M. Olguin.
* It is ordered that the following date(s) and time(s) are set: Jury Trial: 10/1/2024 8:45 AM
* Judge Olguin is located in 6D, Los Angeles - United States Courthouse, 350 W 1st Street, CA 90012-4565.

cc:    PSALA         PSAED         PSASA
    ✔ USMLA         USMED         USMSA
    Statistics Clerk        ✔ Interpreter
    CJA Supervising Attorney        Fiscal

Initial Appearance/Appointment of Counsel: 00 : 00
Arraignment: 00 : 03
Initials of Deputy Clerk: KH by TRB