# UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA
## CRIMINAL MINUTES – ARRAIGNMENT

Case No. 2:24-CR-00461-FMO-003          Date: 08/08/2024

Present: The Honorable: Jacqueline Chooljian, U.S. Magistrate Judge

Interpreter N/A          Language N/A

| Kerri Hays | 08/08/2024 | Kaley Chan |
|---|---|---|
| *Deputy Clerk* | *Court Reporter / Recorder* | *Assistant U.S. Attorney* |

U.S.A. v. Defendant(s)  ✔ Present   In Custody          Attorneys for Defendants:  ✔ Present   CJA

Jose Jaime Garcia                                          Charles C. Brown

Proceedings: Arraignment of Defendant and/or   ✔ Assignment of Case   Appointment of Counsel
                                                Initial Appearance

* Defendant states true name is the name on the charging document.
* Defendant is arraigned under name on charging document.
* Defendant acknowledges having read the charging document and discussed it with counsel.
* Defendant pleads "not guilty" to all counts of the charging document.
* This case is assigned to Judge Fernando M. Olguin.
* It is ordered that the following date(s) and time(s) are set: Jury Trial: 10/01/2024 8:45 AM
* Judge Olguin is located in 6D, Los Angeles - United States Courthouse, 350 W 1st Street, CA 90012-4565.

cc:   PSALA          PSAED          PSASA          Initial Appearance/Appointment of Counsel: 00 : 00
   ✔ USMLA          USMED          USMSA          Arrangement: 00 : 03
      Statistics Clerk                Interpreter
      CJA Supervising Attorney        Fiscal          Initials of Deputy Clerk: KH by TRB