UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA
# CRIMINAL MINUTES – ARRAIGNMENT

Case No. **2:24-CR-00461-FMO-005**  Date: **08/08/2024**

Present: The Honorable: **Jacqueline Chooljian, U.S. Magistrate Judge**

Interpreter **N/A**  Language **N/A**

| Kerri Hays | 08/08/2024 | Kaley Chan |
|---|---|---|
| *Deputy Clerk* | *Court Reporter / Recorder* | *Assistant U.S. Attorney* |

U.S.A. v. Defendant(s)  ✔ Present  **In Custody**       Attorneys for Defendants:  ✔ Present  **CJA**

Jose Alfredo Moreno-Gonzalez                            Katherine McBroom

**Proceedings: Arraignment of Defendant and/or**   ✔ Assignment of Case   Appointment of Counsel
                                                    Initial Appearance

* Defendant states true name is the name on the charging document.
* Defendant is arraigned under name on charging document.
* Defendant acknowledges having read the charging document and discussed it with counsel.
* Defendant pleads "not guilty" to all counts of the charging document.
* This case is assigned to Judge Fernando M. Olguin.
* It is ordered that the following date(s) and time(s) are set: Jury Trial: 10/01/2024 8:45 AM
* Judge Olguin is located in 6D, Los Angeles - United States Courthouse, 350 W 1st Street, CA 90012-4565.

cc:   PSALA       PSAED       PSASA         Initial Appearance/Appointment of Counsel: 00 : 00
   ✔ USMLA       USMED       USMSA         Arraignment: 00 : 03
      Statistics Clerk         Interpreter      Initials of Deputy Clerk: KH by TRB
   ✔ CJA Supervising Attorney   Fiscal