FILED

2024 AUG -8 PM 1:23

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER: |
|---|---|
| V.  PLAINTIFF | 2:24-CR-00461_FMO |
| GARCIA, Jose Jaime | REPORT COMMENCING CRIMINAL ACTION |
| USMS# _____  DEFENDANT | |

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. Date and time of arrest: 8-7-2024 @ 10:55      ☒ AM  ☐ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding:   ☐ Yes   ☒ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building):   ☒ Yes   ☐ No

4. Charges under which defendant has been booked:

   18 U.S.C. 1203, 18 U.S.C. 1201, 18 U.S.C. 1951, 8 U.S.C 1324

5. Offense charged is a:   ☒ Felony   ☐ Minor Offense   ☐ Petty Offense   ☐ Other Misdemeanor

6. Interpreter Required:   ☒ No   ☐ Yes   Language: English

7. Year of Birth: 2003

8. Defendant has retained counsel:   ☒ No
   ☐ Yes   Name: N/A                                    Phone Number: N/A

9. Name of Pretrial Services Officer notified: Duty Pretrial Officer

10. Remarks (if any): N/A

11. Name: Roland Nejal                                    (please print)

12. Office Phone Number: 7604305300

13. Agency: US Border Patrol

14. Signature: _____

15. Date: 8/7/2024

CR-64 (05/18)                    REPORT COMMENCING CRIMINAL ACTION