**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

| UNITED STATES OF AMERICA, | CASE NUMBER |
|---|---|
| PLAINTIFF | |
| v. | |
| DEFENDANT. | **APPLICATION FOR REVIEW/RECONSIDERATION OF ORDER SETTING CONDITIONS OF RELEASE/DETENTION (18 U.S.C. §3142) AND REQUEST FOR HEARING** |

Application is made by ☐ plaintiff ☐ defendant _____
that a hearing be held to review /reconsider the decision of

☐ United States District Judge _____ by order dated: _____

☐ Magistrate Judge _____ by order dated: _____

☐ denying release and imposing detention under subsection ☐ (d) or ☐ (e) of Title 18 U.S.C. §3142; or
☐ ordering release upon certain conditions, or
☐ denying detention.

This application is made ☐ pre-sentence ☐ post-sentence based on the following facts not previously considered by said judicial officer or changed circumstances as follows:

Relief sought *(be specific):*

Counsel for the defendant and plaintiff United States Government consulted on _____
and opposing counsel declines to stipulate to an order providing the relief sought.

☐ Telephonic notice given to ☐ AUSA ☐ Defendant's Counsel ☐ PSA ☐ Interpreter ☐ USM ☐ Probation on _____.

An interpreter is ☐ required ☐ not required. Language _____
Defendant is ☐ in custody ☐ not in custody.

_____ _____
Date                    Moving Party

**APPLICATION FOR REVIEW/RECONSIDERATION OF ORDER SETTING CONDITIONS OF
RELEASE/DETENTION, (18 U.S.C. §3142) AND REQUEST FOR HEARING**

CR-88 (06/07)