```
E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division
KALEY S. CHAN (WA Bar No. 44393)
Special Assistant United States Attorney
Violent and Organized Crime Section
     1300 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (619)546-9741
     Facsimile: (213) 894-0141
     E-mail:   kaley.chan@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 24-CR-00461-FMO |
|---|---|
| Plaintiff, | NOTICE OF APPEARANCE |
| v. | |
| MIGUEL ANGEL AVILA, et al., | |
| Defendants. | |

Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Special Assistant United States Attorney Kaley S. Chan, hereby advises the Court that the above-captioned case has been assigned to the following Special Assistant United States Attorney ("SAUSA"):

|  | Name | E-mail Address |
|---|---|---|
| Newly Assigned SAUSA | Kaley S. Chan | Kaley.chan@usdoj.gov |

Please make all necessary changes to the Court's Case Management/Electronic Case Filing system to ensure that the newly

1  assigned SAUSA, Kaley S. Chan, is associated with this case as
2  attorney of record for plaintiff and that she receives all e-mails
3  relating to filings in this case.
4  Dated: August 20, 2024          Respectfully submitted,

E. MARTIN ESTRADA
United States Attorney

MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division


          /s/
KALEY S. CHAN
Special Assistant United States
Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA