CHARLES C. BROWN (179365)
1 S. Fair Oaks Avenue, Suite 204
Pasadena, CA 91105
(626) 354-9322
charlesbrown@parzivalgroup.com

Attorney for Defendant
JOSE JAIME GARCIA

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSE JAIME GARCIA<br><br>Defendant. | Case No.  24-CR-00461-FMO<br><br>**NOTICE OF ERRATA**<br><br>**DOCUMENT NO. 41** |

    Counsel for Mr. Garcia, Charles C. Brown, hereby submits this Notice of Errata for Filing Number 41.  On August 16, 20242,  a document Entitled APPLICATION FOR REVIEW/RECONSIDERATION OF ORDER SETTING CONDITIONS OF RELEASE/DETENTION Filed by Defendant Jose Jaime Garcia. (Attachments: # (1) Notification of Application for Review) (Brown, Charles) was inadvertently e-filed in this case as a "Draft" which contained incorrect information.  After the error was discovered, the document was re-filed in final form as Document Number 44.  Please disregard DCF filing 41.

                                              Respectfully submitted,

DATED:  August 28, 2024      By   /s/ Charles C. Brown
                                                CHARLES C. BROWN
                                                Counsel for Jose Jaime Garcia