Name & Address:

NAME, ADDRESS AND TELEPHONE NUMBER OF ATTORNEY(S)

CHARLES C. BROWN (179365)
1 S. Fair Oaks Avenue, Suite 204
Pasadena, CA 91105
(626) 354-9322
charlesbrown@parzivalgroup.com

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>PLAINTIFF<br>v.<br><br>JOSE JAIME GARCIA<br><br><br>DEFENDANT. | CASE NUMBER<br><br>24-CR-00461-FMO<br><br>NOTIFICATION RE: APPLICATION FOR BAIL REVIEW OR RECONSIDERATION OF ORDER SETTING CONDITIONS OF RELEASE OR DETENTION,<br>**(18 U.S.C. §3142)** |

PLEASE TAKE NOTICE that the Request for Hearing on the Application for Review/Reconsideration of Order Setting Conditions of Release/Detention:

☑ is approved. The matter is set on calendar for hearing before:

☐ District Judge _____

☑ Magistrate Judge  Honorable Jacqueline Chooljian

on  August 29, 2024   at  12:30   ☐ a.m.  ☑ p.m.

in courtroom  750  .

☐ is not approved.

☐ Other: _____

An interpreter is  ☐ required  ☑ is not required.  Language _____
Defendant is  ☑ in custody  ☐ not in custody.

Clerk, U. S. District Court

| | | |
|---|---|---|
| August 28, 2024 | Kerri Hays | 213-894-2921 |
| Date | Deputy Clerk | Contact Phone Number |

Notice is electronically made upon transmission of the Notice of Electronic Filing to the following agencies:
cc:  ☐ Probation   ☐ Interpreter's Office   ☑ PSA.