Adam M. Koppekin, SBN 225267
Bledstein & Koppekin, LLP}
15915 Ventura Blvd Suite 203
Encino CA 91436
818-995-0801



FILED
CLERK, U.S. DISTRICT COURT
AUG 13 2024
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| United States of America | CASE NUMBER |
|---|---|
| PLAINTIFF | 24-CR-00461-FMO-2 |
| v. | |
| OMAR AVILA SALMERON | DESIGNATION AND APPEARANCE OF COUNSEL |
| DEFENDANT(S). | |

## DESIGNATION OF COUNSEL

I, the undersigned defendant in the above-numbered case, hereby designate and appoint ADAM M. KOPPEKIN _____, Esquire, as my attorney to appear for me throughout all proceedings in this case.

8/13/2024
Date

_Omar Avila_
Defendant's Signature

LOS ANGELES CA
City and State

INTERPRETED BY ALEJANDRO FRANCO INTO THE SPANISH LANGUAGE

## APPEARANCE OF COUNSEL

I, ADAM M. KOPPEKIN _____ Attorney at law duly admitted to practice before the United States District Court for the Central District of California, hereby consent to my designation and appointment as counsel for the above-named defendant. The Clerk is therefore requested to enter my appearance as defendant's counsel.

Receipt is hereby acknowledged of a copy of the Indictment or Information in this case.

08/13/2024
Date

_[signature]_
Attorney's Signature

225267
California State Bar Number

15915 VENTURA BLVD SUITE 203
Street Address

ENCINO CA 91436
City, State, Zip Code

818-995-0801
Telephone Number

818-981-6098
Fax Number

bklaw@bklaw.la
E-mail Address

CR-14 (01/07)     DESIGNATION AND APPEARANCE OF COUNSEL